

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Gordon Whitmore | Civil Action No.   14cv2949-DMS-BGS |
| Plaintiff, | |
| V. | |
| Jeffery Dort; Stephanie Guerra; Paul Pfingst; Bonnie Dumanis; John Does 1 to 5; | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that Plaintiff's First Amended Complaint is dismissed without prejudice for failing to state a claim upon which relief may be granted and for seeking monetary damages against immune defendants pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1). The dismissal is without further leave to amend.

| | |
|---|---|
| **Date:**       2/4/16 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By:  s/  N. Peltier |
| | N. Peltier, Deputy |